This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

v.                                                                                          **No.  33,898**

**SANDRA PIERSON,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Kenneth H. Martinez, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM
M. Victoria Wilson, Assistant Attorney General
Albuquerque, NM

for Appellee

Geoffrey D. Scovil
Albuquerque, NM

for Appellant

**MEMORANDUM OPINION**

**SUTIN, Judge.**

{1}     Defendant Sandra Pierson appeals from the district court's judgment, sentence, partially suspended sentence, and commitment to the New Mexico Department of Corrections entered on June 5, 2014.  As set forth in the judgment and sentence, Defendant was convicted of the identified crimes, pursuant to guilty plea, in the following cases: D-202-CR-2010-03521 (forgery); D-202-CR-2010-03811 (unlawful taking of a motor vehicle); D-202-CR-2010-04398 (residential burglary); D-202-CR-2012-01086 (racketeering, conspiracy to commit racketeering, and two counts of forgery); and D-202-CR-2012-01087 (receiving or transferring a stolen vehicle). This Court issued a calendar notice, proposing to reverse the district court's judgment and sentence and remand for resentencing in accordance with the plea agreement.  The State filed a memorandum in response to our notice [Ct. App. File], stating that it "does not oppose this Court's proposed summary disposition[.]"   [MIO 1] Accordingly, for the reasons stated in our notice of proposed disposition, we reverse and remand to the district court for resentencing and entry of a new judgment and sentence that conforms with the plea agreement.

{2}     **IT IS SO ORDERED.**

_____
**JONATHAN B. SUTIN, Judge**

**WE CONCUR:**

_____

2

**MICHAEL E. VIGIL, Chief Judge**

_____
**CYNTHIA A. FRY, Judge**